UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

           Petitioner,

  - against -                          Miscellaneous Action No. 19-MISC-256

HIGH RISE BUILD & DESIGN INC., and
SOMATTIE SURUJNARINE,

           Respondents.

- - - - - - - - - - - -X

## DECLARATION OF SERVICE

    I, Loan Nguyen, have personal knowledge of the facts set forth below:

    1.    I am a Paralegal Specialist with the United States Attorney's Office for the Eastern District of New York. I am over the age of 18 and not a party to this action.

    2.    On May 29, 2019, I caused true and correct copies of the following documents to be served by certified first class mail, return receipt requested, on Respondent Somattie Surujnarine, by mailing the documents to her last known residence, located at 16 Washington Avenue, Valley Stream, New York, 11580. The documents served on Surujnarine by mail are: (1) the Order Holding Respondents In Contempt Of Court, signed by the Court on May 14, 2019 (Docket Number 15); (2) Petitioner's Proposed Order Holding Respondents In Contempt Of Court, dated April 26, 2019 (Docket Number 14); and (3) Local Civil Rule 83.6.

    3.    Also on May 29, 2019, I caused true and correct copies of the following documents to be served by certified first class mail, return receipt requested, on Respondent High Rise Build & Design Inc. ("High Rise"), by mailing the documents to both (a) the last known residence of Surujnarine (who had been identified as an individual authorized to accept service on behalf of

Respondent High Rise), located at 16 Washington Avenue, Valley Stream, New York, 11580, and (b) the last known office address for High Rise, 129-30 101st Avenue, South Richmond Hill, New York, 11419, which address is also identified on the New York Department of State, Division of Corporations, Entity Information database as the address to which the New York Department of State will mail process if accepted on behalf of High Rise. The documents served on High Rise by mail are: (1) the Order Holding Respondents In Contempt Of Court, signed by the Court on May 14, 2019 (Docket Number 15); (2) Petitioner's Proposed Order Holding Respondents In Contempt Of Court, dated April 26, 2019 (Docket Number 14); and (3) Local Civil Rule 83.6.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 29, 2019, in Brooklyn, New York.

_____
Loan Nguyen

2